UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61535-CIV-MARRA

ERIC NOVESHEN,

    Plaintiff,

v.

BRIDGEWATER ASSOCIATES, LP,
RAYMOND DALIO, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause is before the Court upon Plaintiff's Motion to Participate in Electronic Filing (DE 7).

Plaintiff requests permission to file electronic documents and agrees to accept electronic service of all motions, notices, order, and any other documents that are filed in this case. Rule 2C of the Southern District of Florida's CM/ECF Administrative Procedures (2012) provides:

> 2C.    Pro Se Litigants
>
> *Pro se* litigants will **not** be permitted to register as Users at this time. *Pro se* litigants must file their documents in the conventional manner. *Pro se* litigants may access the electronic record at the public counter in the Clerk's Office in all divisions or through PACER. *Pro se* litigants will be served and noticed by U.S. mail or in person (or, if agreed, by facsimile or e-mail).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion to Participate in Electronic Filing (DE 7) is **GRANTED in part and DENIED in part.** All pleadings and papers shall be served on Plaintiff electronically (as agreed by the parties), but Plaintiff must

continue to file his documents in the conventional manner.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of September, 2013.

                                                                                                 _____

                                                                                                  KENNETH A. MARRA
                                                                                                  United States District Judge