UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 13-61535-CIV-MARRA/MATTHEWMAN

------------------------------------x

ERIC NOVESHEN

               Plaintiff,

               v.                          **JOINT STIPULATION**

BRIDGEWATER ASSOCIATES, LP

               Defendant.

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eric Noveshen and counsel for Defendant Bridgewater Associates, as follows:

1. The deadline for Plaintiff to amend the Complaint consistent with the Court's September 19, 2014 Order shall be extended through October 31, 2014.

2. Defendant's time to answer or respond to the Complaint, and the Amended Complaint, shall be extended through November 21, 2014.

Dated: October 3, 2014

ERIC NOVESHEN

By: _____

Eric Noveshen, *Pro Se*
(eric@bridgewaterfunds.com)
508 Coconut Isle
Fort Lauderdale, FL 33301

BRIDGEWATER

By: /s/ William V. Roppolo

Erik Haas (ehaas@pbwt.com)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas

7371876v.1

Telephone: (954) 646-1234
Fax: (954) 337-7669

*Plaintiff*

New York, New York 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
*Admitted pro hac vice*

William V. Roppolo
(william.roppolo@bakermckenzie.com)
BAKER & MCKENZIE LLP
1111 Brickell Avenue
Miami, FL  33131

*Attorneys for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ William V. Roppolo
      William V. Roppolo

7371876v.1

## SERVICE LIST

**ERIC NOVESHEN**

v.

**BRIDGEWATER ASSOCIATES and RAYMOND DALIO**
**Case No.: 13-CV-61535-MARRA**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Eric Noveshen
508 Coconut Isle
Fort Lauderdale, FL. 33301
Fax: (954) 337-7669
Email: eric@bridgewaterfund.com

MIADMS-#428942