UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-61535-KAM

ERIC NOVESHEN

    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP
and RAYMOND DALIO,

    Defendants.

_____/

### ORDER REQUIRING A JOINT SCHEDULING REPORT

This cause is before the Court <u>sua sponte</u>. In light of the Court's recent order granting in part and denying in part Defendants' motion to dismiss (DE 37), it is hereby **ORDERED AND ADJUDGED** as follows:

1. Within **21 days** of this Order, the parties shall hold a Joint Scheduling Conference pursuant to Local Rule 16.1(b)(1);

2. Within **14 days** of the conference, the parties shall submit a written report and Joint Proposed Scheduling Order pursuant to Local Rule 16.1(b)(2) & (3).

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of July, 2015.

_____
KENNETH A. MARRA
United States District Judge