UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-61535-KAM

ERIC NOVESHEN

    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP
and RAYMOND DALIO,

    Defendants.

_____/

**ORDER**

    This cause is before the Court sua sponte.  Plaintiff Eric Noveshen has prosecuted this action on a pro se basis since July 2013.  (DE 1).  On May 28, 2015, after attempting to mail Plaintiff a court order, the Clerk of Court noted that Plaintiff's mail came back "returned" and that the Clerk "has not located an updated address for this party."  (DE 34).  The same thing happened on July 29, 2015; this time, the Clerk noted that "Court notices will no longer be sent to this party until a correct address is provided."  (DE 39).  Plaintiff has not filed anything in this action since May 20, 2015, and that pleading listed the address that is currently on file.  (DE 20 at 13).

    The Local Rules of this Court provide that every attorney "and any party appearing pro se shall maintain current contact information with the Clerk of Court. . . . [A] party appearing pro se shall conventionally file a Notice of Current Address with updated contact information within seven (7) days of a change.  The failure to comply shall not constitute grounds for relief from deadlines imposed by Rule or by the Court.  All Court Orders and Notices will be deemed to be

appropriately served if directed either electronically or by conventional mail consistent with information on file with the Clerk of Court." Local R. 11.1(g).

Plaintiff has failed to abide by this rule. Dismissal of an action is appropriate where a <u>pro se</u> litigant fails to comply with a local rule, and the <u>pro se</u> litigant is aware of his failure to comply and of the consequences. See <u>Brye v. Sec'y for Dep't of Corr.</u>, 228 F. App'x 843, 843-44 (11th Cir. 2007) (unpublished). Courts routinely recognize that failure to timely update an address with the Clerk's Office "is grounds for dismissal of the lawsuit, for lack of prosecution." <u>Beard v. Green</u>, No. 0822284CIVSEITZ, 2010 WL 411084, at *2 n.1 (S.D. Fla. Jan. 29, 2010); <u>Ford v. Greenbaum</u>, No. 09-21895-CIV, 2010 WL 61760, at *1 (S.D. Fla. Jan. 5, 2010).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows: in accordance with Local Rule 11.1(g), Plaintiff shall file a Notice of Current Address with the Clerk of Court by **5:00 p.m. on Friday, August 7, 2015**. Failure to timely provide an address where court orders and notices may be received shall result in dismissal of this action for lack of prosecution. The Clerk of Court is **directed to serve** this Order to Plaintiff consistent with information on file with the Clerk of Court.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of July, 2015.

_____
KENNETH A. MARRA
United States District Judge

2