# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-cv-61535-MARRA

**ERIC NOVESHEN**                :
    **Plaintiff,**                 :
                              :

**vs.**                              :
                              :

**BRIDGEWATER ASSOCIATES, LP,**   :
    **Defendant(s).**              :
                              :
_____ :

## MOTION FOR LEAVE TO EXCUSE LATE FILING
## OF CHANGE OF ADDRESS

The Plaintiff, ERIC NOVESHEN, *Pro Se* (hereinafter "Noveshen" or the "Plaintiff"), files this Motion for Leave to Excuse Late Filing of Change of Address, and as grounds therefore, respectfully states as follows:

1.    This is a civil action seeking declaratory relief of non-infringement of trademarks.

2.    During the pendency of this litigation the Plaintiff has moved yet, at all times had his mail forwarded and was receiving all correspondence from this Honorable Court.

3.    The Plaintiff recently received communication from the Defendant's counsel notifying the Plaintiff that this Court was receiving the Plaintiff's mail as being returned.

4.    The Plaintiff immediately took issue with the United States Postal Service and corrected the issues the Postal Service was having. The Plaintiff paid the fee that the Postal Service was requesting.

COURT_BWC #2015-0520 – M STRIKE/RESPONSE

5.    The Plaintiff believes he has corrected the issue, but has also filed a Notice of Change of Address with this Honorable Court.

6.    Despite diligent effort, the Plaintiff was uninformed that there was a deadline for the Plaintiff to file his Notice of Change of Address until the Plaintiff met with the Defendant's counsel today (August 10, 2015) in respect to and in compliance of this Honorable Court's Scheduling Order.

7.    The Plaintiff has contacted the Defendant's counsel to see if they would object to the filing of this motion and Defendant's counsel did not have an answer whether they would object or not at the time of this filing.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order granting the relief requested hereinabove namely, entering an order allowing the Plaintiff's Notice of Change of Address to be deemed timely.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this __10th__ day of August, 2015, I manually caused the filing of the foregoing document with the Clerk of Court pursuant to the applicable Administrative Procedures.  I certify that a true and correct copy of the foregoing is being served this day by e-mail to Defendant's counsel to accept service on the Defendant's behalf.  I certify that a true and correct copy of the foregoing is being served this day via transmissions of Notices of Electronic Filing generated by CM/ECF.

Eric Noveshen, *Pro Se*
436 NE 10th Ave
Fort Lauderdale, FL  33301
Telephone:  (954) 525-6215
Facsimile:  (954) 337-7669
eric@bridgewaterfund.com

BY: ERIC NOVESHEN

Page **2** of **3**

COURT_BWC #2015-0520 – M STRIKE/RESPONSE

Erik Haas, Esq.
Noah Stein, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-7615
Fax: (212) 336-1266
E-mail: nstein@pbwt.com
Attorneys for Defendant,
Bridgewater Associates, LP


William Roppolo, Esq.
Baker & McKenzie LLP
1111 Brickell Avenue
Miami, FL  33131
E-mail:
william.roppolo@bakermckenzie.com
Attorney for Defendant,
Bridgewater Associates, LP

COURT_BWC #2015-0520 – M STRIKE/RESPONSE