UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**ERIC NOVESHEN**
  Plaintiff,        : CASE NO. 13-61535-CIV-MARRA
vs.

**BRIDGEWATER ASSOCIATES, LP,**
  Defendant.

## NOTICE OF CHANG OF ADDRESS

The Plaintiff, ERIC NOVESHEN, *Pro Se* (hereinafter, "Noveshen" or the "Plaintiff"), files this, Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Eric Noveshen
    436 NE 10th Ave
    Fort Lauderdale, FL 33301

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of August, 2015, I manually filed the foregoing document with the Clerk of Court pursuant to the applicable Administrative Procedures. I certify that a true and correct copy of the foregoing is being served this day by e-mail to Defendant's counsel to accept service on the Defendant's behalf. I certify that a true and correct copy of the foregoing is being served this day via transmissions of Notices of Electronic Filing generated by CM/ECF.

    Eric Noveshen, *Pro Se*
    436 NE 10th Ave
    Page 1 of 2

COURT_BWC #2015-0810 – COMPLAINT

Fort Lauderdale, FL  33301
Telephone:  (954) 525-6215
Facsimile:  (954) 337-7669
eric@bridgewaterfund.com

_____
BY: ERIC NOVESHEN