UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: 13-61535-CIV-MARRA/MATTHEWMAN

---------------------------------------- x
                                         :
ERIC NOVESHEN,                           :
                                         :
                     Plaintiff,          :
                                         :
           v.                            :
                                         :
BRIDGEWATER ASSOCIATES, LP               :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- x

## JOINT PROPOSED SCHEDULING ORDER

This matter is before the Court on the Scheduling and Conference Report submitted by Plaintiff Eric Noveshen and Defendant Bridgewater Associates, LP (collectively, the "Parties"). Pursuant to Rule 16.1(b)(3), and after a review of the Parties' submission, the record herein, and being otherwise duly advised, this Court enters the following Scheduling Order:

   A. Pursuant to Local Rule 16.1, this case is assigned to the Standard Case Management Track.

   B. Detailed discovery schedule is as follows:

| | |
|---|---|
| Within 14 days of entry of this Order | The Parties shall furnish initial disclosures and exchanges set forth in Federal Rule of Civil Procedure 26(a)(1). |
| Oct. 8, 2015 | The Parties shall serve initial discovery demands. |
| Oct. 29, 2015 | The Parties shall file motions to amend pleadings or to join parties. |
| Dec. 6, 2015 | The Parties shall complete all document discovery. |

      Feb. 4, 2016        The Parties shall complete all fact discovery.

      Mar. 4, 2016       The Parties shall file all dispositive pre-trial motions and memoranda of law.

C. The Parties shall assert claims of privilege or protection of trial preparation material after production pursuant to the applicable rules and statutes.

D. The Parties do not intend to use the Manual on Complex Litigation and do not have any other need for rule variations, such as on deposition length or number of depositions.

E. The pretrial conference shall be held on _____.

F. The trial shall begin on _____.

DONE and ORDERED in Chambers in West Palm Beach, Florida, this _____ day of August, 2015.

                                                    _____
                                                    KENNETH A. MARRA
                                                    UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of record (via ECF) and Eric Noveshen (via U.S. Mail).