UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-61535-CIV-MARRA/MATTHEWMAN

------------------------------------x
:
ERIC NOVESHEN :
:
Plaintiff, :
:
v. : **JOINT STIPULATION**
:
BRIDGEWATER ASSOCIATES, LP :
:
Defendant. :
:
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eric Noveshen and counsel for Defendant Bridgewater Associates, that:

- Plaintiff's deadline for replying to the Answer and Counterclaims shall be extended to August 31, 2015;
- Defendant's deadline for responding to the Motion to Strike Affirmative Defenses shall be extended to September 14, 2015.

Dated: August 24, 2015

ERIC NOVESHEN                                BRIDGEWATER

By: _____                   By: /s/ William V. Roppolo

Eric Noveshen, Pro Se                        Erik Haas (ehaas@pbwt.com)
(eric@bridgewaterfunds.com)                  PATTERSON BELKNAP WEBB &
508 Coconut Isle                             TYLER LLP
Fort Lauderdale, FL 33301                    1133 Avenue of the Americas
Telephone: (954) 646-1234                    New York, New York 10036

7829461v.1

| | |
|---|---|
| Fax: (954) 337-7669 | Telephone: (212) 336-2000 |
| | Fax: (212) 336-2222 |
| *Plaintiff* | *Admitted pro hac vice* |
| | |
| | William V. Roppolo |
| | (william.roppolo@bakermckenzie.com) |
| | BAKER & MCKENZIE LLP |
| | 1111 Brickell Avenue |
| | Miami, FL 33131 |
| | |
| | *Attorneys for Defendants* |

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2015, I filed the foregoing document with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/William V. Roppolo
      William V. Roppolo

- 4 -

## SERVICE LIST

## ERIC NOVESHEN

v.

## BRIDGEWATER ASSOCIATES and RAYMOND DALIO
Case No.: 13-CV-61535-MARRA

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Eric Noveshen
508 Coconut Isle
Fort Lauderdale, FL. 33301
Fax: (954) 646-1234
Email: eric@bridgewaterfund.com