UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-61535-CIV-MARRA/MATTHEWMAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
ERIC NOVESHEN :
:
                Plaintiff, :
:
                    v. :
:
BRIDGEWATER ASSOCIATES, LP :
:
                Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER GRANTING THE PARTIES' JOINT STIPULATION

THIS CAUSE having come before the Court on the Parties' Joint Stipulation.  (DE 49). This Court having considered the Joint Stipulation and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Joint Stipulation (DE 49) is **APPROVED**.

That the Plaintiff's deadline for his reply to the Answer and Counterclaim is now August 31, 2015; and that Defendant's deadline for responding to the Motion to Strike Affirmative Defenses is now September 14, 2015.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of August, 2015.

                                                    _____
                                                    KENNETH A. MARRA
                                                    United States District Judge

Copies furnished to:

All Counsel of Record & *Pro Se* Parties (via ECF)

- 2 -

7373859v.1
7536205v.1