UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-61535-MARRA

**ERIC NOVESHEN**
    **Plaintiff,**

vs.

**BRIDGEWATER ASSOCIATES, LP,**
    **Defendant(s).**



## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## FILE ANSWER TO DEFENDANT'S COUNTERCLAIM

The Plaintiff, ERIC NOVESHEN, *Pro Se* (hereinafter "Noveshen" or the "Plaintiff"), pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), Local Rules of the United States District Court for the Southern District of Florida, respectfully files this Unopposed Motion for Extension of Time to File Answer to Defendant's Counterclaim, and as grounds therefore, respectfully states as follows:

1.    This is a civil action seeking declaratory relief of non-infringement of trademarks.

2.    Plaintiff's Complaint was filed on July 16, 2013 and was amended on March 2, 2015 [D.E. 28] (the "Amended Complaint")

3.    On August 3, 2015, Defendant filed its Answer and Affirmative Defenses [D.E. 41] (the "Answer") asserting thirteen (13) affirmative defenses against Plaintiff's Complaint (the "Affirmative Defenses").

4.    Attached to the Defendant's Answer and Affirmative Defenses was

the Defendant's Counterclaim (the "Counterclaim").

5. On August 21, 2015, Plaintiff filed his Motion to Strike Defendant's Answer and Affirmative Defenses [D.E. 47].

6. The Plaintiff comes now requesting an additional seven (7) business days to file answer and affirmative defenses to the Defendant's Counterclaim due to a pre-planned family trip.

7. During the pendency of this litigation the Plaintiff has been liberal with all requests for any extensions of time requested by the Defendant and their counsel.

8. The Defendant would not be prejudiced by a small delay in the Plaintiff's answer to the Defendant's Counterclaim because a "reply" to answers to complaints is generally discouraged by the Court.

9. Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he conferred with counsel for the Defendant who represented that they *do not oppose* the relief sought in this motion. See Exhibit "A"

10. The Plaintiff has prepared the attached proposed order for the Court's review.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an order granting the relief requested hereinabove namely, entering an order granting the Plaintiff an extension of time of seven (7) business days to file his answer and affirmative defenses to the Defendant's Counterclaim.

Dated: August 31, 2015        Respectfully submitted,

Eric Noveshen, *Pro Se*

[signature]

Page 2 of 3

COURT_BWC #2015-0831 – MOTION EXTENSION OF TIME

BY: ERIC NOVESHEN
436 NE 10th Ave
Fort Lauderdale, FL 33301
Telephone: (954) 779-2727
Facsimile: (954) 337-7669
eric@bridgewaterfund.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __31st__ day of August, 2015, I manually caused the filing of the foregoing document with the Clerk of Court pursuant to the applicable Administrative Procedures. I certify that a true and correct copy of the foregoing is being served this day by e-mail to Defendant's counsel to accept service on the Defendant's behalf. I certify that a true and correct copy of the foregoing is being served this day via transmissions of Notices of Electronic Filing generated by CM/ECF.

BY: ERIC NOVESHEN

| | |
|---|---|
| Erik Haas, Esq.<br>Noah Stein, Esq.<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-7615<br>Fax: (212) 336-1266<br>E-mail: nstein@pbwt.com<br>E-mail: ehaas@pbwt.com<br>Attorneys for Defendant,<br>Bridgewater Associates, LP | William Roppolo, Esq.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue<br>Miami, FL 33131<br>E-mail:<br>william.roppolo@bakermckenzie.com<br>Attorney for Defendant,<br>Bridgewater Associates, LP |

COURT_BWC #2015-0831 – MOTION EXTENSION OF TIME

**Eric Noveshen**

---

**From:** Pantin, John <john.pantin@bakermckenzie.com>
**Sent:** Monday, August 31, 2015 12:46 PM
**To:** DeCinque, Anthony (x2040); Eric Noveshen
**Subject:** RE: Joint Scheduling Report

Eric:

You can file an unopposed Motion for Extension of Time and a proposed order..

John Pantin
Baker & McKenzie LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Tel: +1 305 789 8924
Fax: +1 305 789 8953

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** DeCinque, Anthony (x2040) [mailto:adecinque@pbwt.com]
**Sent:** Monday, August 31, 2015 12:40 PM
**To:** Eric Noveshen
**Cc:** Pantin, John
**Subject:** Re: Joint Scheduling Report

P.S. I'm on vacation and you'll need to submit a stipulation.

Anthony C. DeCinque
Litigation Associate

On Aug 31, 2015, at 12:24 PM, DeCinque, Anthony (x2040) <adecinque@pbwt.com> wrote:

> Eric, that is fine. Please do plan on September 9. I can't promise that the client will consent to a third extension.
>
> Best regards,
>
> Anthony C. DeCinque
> Litigation Associate
>
> On Aug 31, 2015, at 11:57 AM, Eric Noveshen <eric@bridgewaterfunds.com> wrote:
>
>> Hello Anthony,

*Exhibit "A"*

I need to request another extension of time to file my answer to your counterclaim. I am requesting an extension up until September 9 as I will be out of town and I am unable to file electronically.

Please advise if you have any opposition to an extension until September 9.

Thank you.

Regards,

Eric

**From:** DeCinque, Anthony (x2040) [mailto:adecinque@pbwt.com]
**Sent:** Monday, August 24, 2015 5:02 PM
**To:** Eric Noveshen; Stein, Noah (x2715)
**Subject:** RE: Joint Scheduling Report

Eric,

Attached is a stipulation to extend the deadlines we discussed. Please review and sign it, and we'll have it filed.

Best regards,

**Anthony C. DeCinque**

Litigation Associate
Patterson Belknap Webb & Tyler LLP

**From:** Eric Noveshen [mailto:eric@bridgewaterfunds.com]
**Sent:** Monday, August 24, 2015 2:14 PM
**To:** DeCinque, Anthony (x2040); Stein, Noah (x2715)
**Subject:** RE: Joint Scheduling Report

Anthony,

I have no problem giving you an extension of time conditional that you are in agreement to mine. Keep in mind that this is only conditional because of my last request for your team to agree to my motion for leave was objected to by your team, which was wholly unnecessary.

Please let me know asap because in 90 minutes I have to leave for the courthouse to file my motion.

Regards,

Eric

**From:** DeCinque, Anthony (x2040) [mailto:adecinque@pbwt.com]
**Sent:** Monday, August 24, 2015 1:44 PM

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-61535-MARRA

ERIC NOVESHEN
    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP,
    Defendant(s).

_____

# ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIM

**THIS CAUSE** came before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Answer to Defendant's Counterclaim. This Court having considered the motion and all relevant factors, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Plaintiff's deadline for his answer to the Defendant's counterclaim shall be extended to September 9, 2015.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida, this _____ day of August, 2015.

                                                _____
                                                KENNETH A. MARRA
                                                UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of record (via ECF) and Eric Noveshen (via U.S. Mail).