IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

ERIC NOVESHEN,                      CIVIL ACTION: 13-CV-61535-MARRA

     Plaintiff,
v.

BRIDGEWATER ASSOCIATES, LP,

     Defendant.
_____/

## OBJECTION TO SUBPOENA FOR RECORDS

STONEGATE BANK ("STONEGATE"), by and through its undersigned counsel, files this Objection to Subpoena for Records pursuant to Rule 45(d)(2)(B) Fed. R. Civ. P., and states:

1.    STONEGATE was served with a subpoena seeking the production of certain bank records.

2.    Bank records are confidential pursuant to Florida Statute 655.059, Fla. Stat., including in particular pursuant to 655.059(1)(e) &/or (2)(b), Fla. Stat. Absent compliance with those statutory provisions, such as and including specifically entry of a Court Order or execution of a release by the account-holder, STONEGATE cannot produce the records sought pursuant to a Subpoena for Records. There is no indication that the account holder(s) has consented to the production of confidential bank records, and absent a signed release by such account holder(s), STONEGATE will need the entry of a Court Order if such records are to be produced.

3.    Under Florida law, providing confidential documentation or information without authorization or a Court Order would violate the constitutional privacy and due process rights of the referenced entities. *See* **Alterra Healthcare Corporation v Estate of Shelley**, 827 So.2d

1

936, 941-44 (Fla. 2002) (Privacy rights extend to personal information contained in nonpublic files).

4.  Accordingly, STONEGATE objects to the production of these protected materials pursuant to Rule 45(d)(2)(B) Fed. R.Civ.P., pending the entry of an Order by the Court directing STONEGATE to produce any bank records. Upon entry of an Order of the Court, STONEGATE will produce the bank records sought, but cannot do so without such an Order.

5.  Further, STONEGATE is entitled to and will require reimbursement in advance for the reasonable expenses involved in researching, producing and transporting copies of the requested bank records, in accordance with §655.059(1)(e), Fla. Stat. and §92.153(2)(a), Fla. Stat.

I HEREBY CERTIFY that a true and correct copy hereof was sent by email this 29th day of January, 2016 to: Walter J. Mathews, Esquire, <u>Mathews Wallace LLP, 200 S. Andrews Avenue, Suite 601, Fort Lauderdale, FL 33301</u>, Attorney for Bridgewater Associates, LP at wjm@mathewslip.com.

>FRANK, WEINBERG & BLACK, P.L.
>7805 S.W. 6 Court
>Plantation, FL 33324
>(954) 474-8000
>Fax: (954) 474-9850
>
>By:_____
>     DAVID W. BLACK, ESQUIRE
>     FBN: 365671