UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61535-CIV-Marra/Matthewman

ERIC NOVESHEN,

    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP,

    Defendant.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon the pending discovery motions in this case. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra. *See* DE 51.

On January 6, 2016, Defendant, Bridgewater Associates, LP ("Defendant"), filed its Motion to Compel Production of Documents [DE 69] and Motion to Compel Better Responses to First Set of Interrogatories [DE 70].

On January 9, 2016, Plaintiff, Eric Noveshen ("Plaintiff"), appearing *pro se*, filed a Response to both Motions. *See* DE 75. In Plaintiff's Response, he states that he has served amended objections and responses to Defendant's First Set of Interrogatories [DE 75, p. 3] and that he has provided 899 pages of documents relating to Defendant's First Request for Production of Documents [DE 75, p. 3 and Ex. B].

The document discovery cutoff date in this case was December 6, 2015, the fact discovery cutoff date is February 4, 2016, and substantive pretrial motions are due by March 4, 2016. *See*

1

DE 51. The trial period is scheduled to begin August 8, 2016. *See id.*

Also pending before the Court are Non-Party Witness Cheryl Wilson's Motion to Quash Subpoena [DE 82] and Plaintiff's Motion to Quash Subpoenas [DE 84].

Because Defendant and Plaintiff, and the Non-Party witness Cheryl Wilson, are unable to resolve these matters without Court intervention, it is hereby

**ORDERED** that a hearing on all the pending Motions shall be held as follows:

> DATE:   Friday, February 12, 2016
> TIME:   2:00 P.M.
> PLACE:  United States District Court
>         701 Clematis Street
>         West Palm Beach, Florida
>         Courtroom:  *to be determined*;

Plaintiff and counsel for Defendant shall appear in person at the hearing. Non-Party witness Cheryl Wilson shall also appear if she wishes to be heard on her Motion.

Within three (3) days of the date of this Order, Plaintiff and Defendant's counsel shall confer, in person or by telephone, in a good faith effort to resolve the outstanding discovery disputes. Further, Defendant shall confer with Non-Party witness Cheryl Wilson in an effort to resolve her Motion [DE 82]. If the parties and the Non-Party witness Cheryl Wilson are able to resolve all or part of the discovery disputes, they shall file a joint notice with the Court on or before February 11, 2016, stating which issues have been resolved and which issues remain for determination by the Court. The Court advises all parties and their counsel, as well as the Non-Party witness Cheryl Wilson, that the Court will consider the imposition of Rule 37 or other sanctions against any party, non-party witness, or attorney who fails to confer in good faith or who fails to comply with the obligations imposed by the Federal Rules of Civil Procedure, the Local Rules, or this Court's Order Setting Discovery Procedure [DE 52].

**DONE and ORDERED** in Chambers this 4th day of February, 2016, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE