UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

REC'D BY _____ D.C.

FEB 11 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 13-cv-61535-MARRA
Honorable Judge Kenneth A. Marra

ERIC NOVESHEN
    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP,
    Defendant(s).

## PLAINTIFF'S VOLUNTARY DISMISSAL OF PARAGRAPHS (i), (j), and (l) TO THE PRAYER FOR RELIEF OF THE AMENDED COMPLAINT

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff, ERIC NOVESHEN, *pro se* (hereinafter "**Noveshen**" or the "**Plaintiff**"), hereby files this voluntary dismissal of paragraphs (i), (j), and (l) to the prayer for relief of the Amended Complaint (DE 28) filed on March 3, 2015.

Dated: February 10, 2016    Respectfully submitted,

Eric Noveshen, *Pro Se*

BY: ERIC NOVESHEN
436 NE 10th Ave
Fort Lauderdale, FL 33301
Telephone: (954) 779-2727
Facsimile: (954) 337-7669
eric@bridgewaterfund.com

COURT_BWC #2016-0210 – AMENDED INTERROGATORY #16

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___10th___ day of February, 2016. I certify that a true and correct copy of the foregoing is being served this day by e-mail to Defendant's counsel to accept service on the Defendant's behalf.

BY: ERIC NOVESHEN

Erik Haas, Esq.
Anthony DeCinque, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-7615
Fax: (212) 336-1266
E-mail: ehaas@pbwt.com
E-mail: adcinque@pbwt.com
Attorneys for Defendant,
Bridgewater Associates, LP


Walter J Mathews, Esq.
D. Patricia Wallace, Esq.
Mathews Wallace LLP
200 S. Andrews Avenue, Suite 601
Fort Lauderdale, FL  33301
Telephone: (954) 463-1929
Fax: (954) 653-2963
E-mail: pwallace@wjmlawfirm.com
E-mail: wjmathews@wjmlawfirm.com
Attorneys for Defendant,
Bridgewater Associates, LP