UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-61535-KAM

ERIC NOVESHEN,

    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Voluntary Dismissal of Paragraphs (i), (j), and (l) to the Prayer for Relief of the Amended Complaint (DE 94). It is hereby **ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** to the extent they seek the relief requested in paragraphs (i), (j), and (l) of Plaintiff's prayer for relief in his amended complaint.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of February, 2016.

                                              KENNETH A. MARRA
                                              United States District Judge