UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61535-CIV-MARRA/MATTHEWMAN

ERIC NOVESHEN,

    Plaintiff,

vs.

BRIDGEWATER ASSOCIATES, LP,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION [DE 111]

**THIS CAUSE** is before the Court upon Plaintiff, Eric Noveshen's ("Plaintiff") Reply in Support of Motion for Reconsideration [DE 111]. Plaintiff filed his Motion for Reconsideration [DE 97] on February 16, 2016. Defendant, Bridgewater Associates, LP ("Defendant"), filed a Response in Opposition [DE 106] and a Notice of Re-Filing Exhibit F [DE 107], on February 24, 2016. Upon review of Plaintiff's Motion and Defendant's Response, as well as the Court file, this Court found that it was fully advised in the premises and denied Plaintiff's Motion for Reconsideration on February 26, 2016. *See* DE 110. However, Plaintiff filed his Reply in Support of Motion for Reconsideration [DE 111] on February 29, 2016.

After this Court's review and full consideration of the Reply [DE 111], the undersigned finds no reason to reconsider its Order [DE 110] issued on February 26, 2016. The Court does note Plaintiff's assertion that he is still not receiving correspondence from the Court. However, all correspondence is being sent to the address that Plaintiff himself provided to the Court in his Notice of Change of Address [DE 43]. Therefore, if Plaintiff's address has changed again, Plaintiff has a duty to notify the Court of an updated address, as discussed by the Court in its Order [DE 40] dated

July 29, 2015. Plaintiff should contact the Clerk's Office and verify that they have his correct address on file to ensure that he receives all mail that is sent to him by the Clerk's Office.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of March, 2016.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE


CC: Eric Noveshen
436 NE 10th Ave.
Fort Lauderdale, Florida 33301