UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61535-CIV-MARRA/MATTHEWMAN

ERIC NOVESHEN,

    Plaintiff,

v.

BRIDGEWATER ASSOCIATES, LP,

    Defendant.

_____/



## ORDER REQUIRING RESPONSE FROM PLAINTIFF ERIC NOVESHEN

**THIS CAUSE** is before the Court upon Defendant, Bridgewater Associates, LP's ("Defendant") Motion to File Documents Under Seal or, Alternatively, to Remove Specified Confidentiality Designations ("Motion") [DE 119]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery to the undersigned for final disposition. *See* DE 51.

In light of the fact that discovery closed in this case on February 4, 2016, and dispositive motions were due on April 1, 2016, the Court shall expedite this matter and hereby **DIRECTS** Plaintiff, Eric Noveshen, to file a written response to Defendant's pending Motion [DE 119] on or before **Tuesday, April 12, 2016.** If Plaintiff's position is that the documents referenced in Defendant's Motion are confidential and must be filed under seal, Plaintiff shall state why they are confidential and why they must be filed under seal. Plaintiff shall specifically address why the five specified documents are confidential under Federal Rule of Civil Procedure 26(c) and the parties' Stipulated Protective Order [DE 68, paras. 2.2, 6].

The Court notes that, as specified in the Stipulated Protective Order [DE 68, p. 11], any party's determination that any documents are to be sealed is not binding on the Court. If Plaintiff wants these documents filed under seal, he must support his request that the documents be sealed with specific facts and law. The Court will then promptly rule on the Motion.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of April, 2016.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

CC: Eric Noveshen
436 NE 10th Ave.
Fort Lauderdale, Florida 33301